# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McMahon, Colleen | US District Court-Southern Dis | 08/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge-Active | ☐ Nomination ☐ Initial ☑ Annual ☐ Final    Date<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

500 Pearl Street
New York, NY 10007
Chambers 640 Moynihan Courthou

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Foundation #1 |
| 4. | Director | Music Bridges Internatinal Inc |
| 5. | Advisory Council | Ohio State University |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Director Fee |
| 2. | 2012 | Inc-Director Fee |
| 3. | 2012 | Managing Director |
| 4. | 2012 | Inc -Director Fee |
| 5. | 2012 | Corp-Director Fee |
| 6. | 2012 | Ltd-Employee |
| 7. | 2012 | LLC_Director Fee |
| 8. | 2012 | Morgan Stanley-Pension Income |
| 9. | 2012 | Morgan Stanley-Deferred Compensation |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | Feb 4-11 2012 | Kona, Hawaii | Conference Speaker | Travel, Food and Lodging |
| 2. | | | | | |

3. _____

4. _____

5. _____

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Internal Revenue Service | Federal Income Taxes | O |
| 2. | New York State | NYS Income Tax | P1 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Thornburg Ltd. Term Muni. Fd Nat'l | B | Dividend | L | T | | | | | |
| 2. | Kohl's Corp. Com (IRA) | E | Dividend | O | T | | | | | |
| 3. | Thornberg Value Fund Class A Mut Fd. (IRA) | | None | O | T | | | | | |
| 4. | Morgan Stanley Venture Investors III LP (IRA) | | None | K | U | | | | | |
| 5. | Kohl's Corp Com (Trust #2) | D | Dividend | M | T | | | | | |
| 6. | Morgan Stanley Venture Investors III LP | | None | K | U | | | | | |
| 7. | EES 1986 LP | | None | | | Closed | 12/31/12 | | | See Note # 3 |
| 8. | Skyline Venture Partners,L.P. | B | Distribution | L | U | | | | | See Note # 1 |
| 9. | MSCP III L.P. | B | Distribution | J | U | | | | | See Note # 1 |
| 10. | ▓▓▓ MA(1998 300,0000) | | None | N | R | | | | | |
| 11. | ▓▓▓ MA (1998 300,000) | | None | N | R | | | | | |
| 12. | Bond Finance International Con Due 11/23/2058(IRA) | | None | | | Closed | 12/31/12 | | | See Note # 3 |
| 13. | Northwestern Mututal Life | | None | K | T | | | | | |
| 14. | EVILCO Life Insurnace (Trust # 1) | | None | J | T | | | | | |
| 15. | Northwestern Mututal Life (Trust#1) | | None | N | T | | | | | |
| 16. | Northwestern Mututal Life(Trust #1) | | None | M | T | | | | | |
| 17. | Madison National Life Ins(Trust # 1) | A | Interest | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Passport Money Market Fund (IRA) | | None | J | T | | | | | |
| 19. SFM Domestic Investments LLC | | None | | | Distributed (part) | 02/14/12 | O | | See Note # 5 To line # 328 |
| 20. | | | | | Distributed (part) | 03/26/12 | P1 | | See Note # 5-To line # 330 |
| 21. | | | | | Sold | 08/31/12 | K | | |
| 22. CSG Systems International Inc.Com | | None | N | T | Buy (add'l) | 08/28/12 | M | | |
| 23. Summit Mariner, LLC | | None | P1 | U | | | | | |
| 24. Skyline Venture Partners Qualified Purchase Fund II | | None | L | U | | | | | |
| 25. Trident Capital Fund-IV LP | G | Distribution | K | U | Sold (part) | 07/25/12 | K | | See Note # 1 |
| 26. | | | | | Sold (part) | 09/11/12 | M | | |
| 27. Sentinel Capital Partners II LP | | None | L | U | | | | | |
| 28. Summit Mariner LLC/JP Morgan Checking | A | Interest | L | T | | | | | |
| 29. Rental # 1 /JPMorgan Checking | | None | J | T | | | | | |
| 30. Rental # 2 New York, NY(1999 $ 900,000) | E | Rent | P1 | R | | | | | |
| 31. Rental # 2/JP Morgan -Checking | A | Interest | J | T | | | | | |
| 32. JP Morgan(Checking)- | | None | M | T | | | | | |
| 33. Andex Resources LLC | | None | J | U | Sold (part) | 01/18/12 | K | | |
| 34. ▨ Land ▨ MA (1999 $ 425,000 ) | | None | N | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Five Point Fund LLC | D | Distribution | | | Sold | 12/31/12 | J | | See Note # 1 |
| 36. Trident Capital Fund V LP | E | Distribution | N | U | Sold (part) | 07/25/12 | M | | See Note # 1 |
| 37. Linx Partners (Q) LP | G | Distribution | P1 | U | | | | | See Note # 1 |
| 38. Grove Capital Commitment Partners LP | A | Distribution | M | U | | | | | See Note # 1 |
| 39. ▒▒▒▒▒ Golf Partners LLC | | None | K | U | | | | | |
| 40. Silvaris Corp Preferred B | | None | N | U | | | | | |
| 41. JP Morgan (Checking) | A | Interest | P1 | T | | | | | |
| 42. NY State Dorm.Auth 6.1% due 07/19 | E | Interest | | | Sold | 03/28/12 | O | D | |
| 43. Oneida Cnty NY 6.25% due 06/15 | E | Interest | N | T | Sold (part) | 06/01/12 | K | | |
| 44. | | | | | Sold (part) | 12/01/12 | L | | |
| 45. JK & B Capital IV QIP LP | G | Distribution | P1 | U | Buy (add'l) | 06/19/12 | K | | See Note # 1 |
| 46. | | | | | Sold (part) | 07/26/12 | N | | |
| 47. | | | | | Sold (part) | 08/07/12 | L | | |
| 48. | | | | | Distributed (part) | 10/16/12 | K | | See Note # 5 to line # 326 |
| 49. ▒▒▒▒▒ Investor LP | F | Distribution | O | U | Buy (add'l) | 12/21/12 | L | | See Note # 1 |
| 50. | | | | | Sold (part) | 07/16/12 | J | | |
| 51. | | | | | Sold (part) | 12/21/12 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Skyline Venture Partners Qualified Purchaser Fund III LP | G | Distribution | M | U | Sold (part) | 07/25/12 | M | | See Note # 1 |
| 53. | | | | | Distributed (part) | 03/28/12 | K | | See Note#5 - To line 332 |
| 54. | | | | | Distributed (part) | 10/16/12 | K | | See Note#5-To line 334 |
| 55. Towerbrook Private Equity Partners II LP | G | Distribution | J | U | Sold (part) | 09/12/12 | N | | See Note # 1 |
| 56. SPEP Limited Partners LLC | G | Distribution | P1 | U | Sold (part) | 09/12/12 | N | | See Note # 1 |
| 57. | | | | | Sold (part) | 12/13/12 | L | | |
| 58. Grove II LP | A | Distribution | J | U | | | | | See Note # 1 |
| 59. Tactics II LP (N/C)Tactics II Venture LP | | None | O | U | | | | | |
| 60. JP Morgan Checking(Foundation #1) | A | Interest | J | T | | | | | |
| 61. MM Community Funding III Sub Note | | None | N | T | | | | | |
| 62. OR Music LLC | | None | K | U | | | | | |
| 63. SFM Participation LP | | None | J | U | | | | | |
| 64. Capital Income Builders Fd Cl A(IRA) | B | Dividend | L | T | | | | | |
| 65. Kinderhook Capital I LP | H1 | Distribution | P1 | U | Buy (add'l) | 03/01/12 | K | | See Note # 1 |
| 66. | | | | | Sold (part) | 03/01/12 | L | | |
| 67. | | | | | Sold (part) | 06/04/12 | N | | |
| 68. | | | | | Sold (part) | 06/28/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/03/12 | O | | |
| 70. Capital World Grth & Income Fd Cl A(IRA) | C | Dividend | M | T | | | | | |
| 71. Thornburg CRE GWT I (Y) | | | | | | | | | |
| 72. JP Morgan Tax Free MM Premier Sweep | A | Interest | M | T | | | | | |
| 73. R Thompson Trucking(Com) | | None | | | Sold | 12/28/12 | M | G | |
| 74. ▓▓▓ Captial Partners Ltd | | None | K | U | | | | | See Note # 2 |
| 75. --Dynova Laboratories Inc (Com) | | None | | | Sold | 04/03/12 | J | | See Note # 2 |
| 76. Camulos Partners LP | | None | J | U | Sold (part) | 01/23/12 | J | | |
| 77. | | | | | Sold (part) | 03/05/12 | M | | |
| 78. | | | | | Sold (part) | 12/28/12 | J | | |
| 79. Capital SLI Group LLC | | None | J | U | | | | | |
| 80. CGI Partners,LP | | None | P2 | U | Buy (add'l) | 05/02/12 | M | | |
| 81. Micell Technologies Inc.(Com) | | None | K | U | | | | | |
| 82. Linx Partners II LP | G | Distribution | P1 | U | Buy (add'l) | 10/05/12 | O | | See Note # 1 |
| 83. | | | | | Buy (add'l) | 12/19/12 | O | | |
| 84. | | | | | Sold (part) | 08/24/12 | J | | |
| 85. | | | | | Sold (part) | 12/05/12 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Lone Cypress Company Ltd | E | Distribution | P1 | U | Sold (part) | 06/26/12 | M | | See Note # 1 |
| 87. Sentinel Capital Investors III LP | G | Distribution | N | U | Sold (part) | 01/03/12 | J | | See Note # 1 |
| 88. | | | | | Sold (part) | 02/17/12 | M | | |
| 89. | | | | | Sold (part) | 04/27/12 | K | | |
| 90. | | | | | Sold (part) | 08/09/12 | J | | |
| 91. | | | | | Sold (part) | 11/01/12 | M | | |
| 92. | | | | | Sold (part) | 12/13/12 | M | | |
| 93. SFM Participation II LP | G | Distribution | P2 | U | Buy (add'l) | 02/01/12 | M | | See Note # 1 |
| 94. | | | | | Buy (add'l) | 05/15/12 | L | | |
| 95. | | | | | Buy (add'l) | 09/14/12 | K | | |
| 96. | | | | | Sold (part) | 02/01/12 | L | | |
| 97. | | | | | Sold (part) | 05/15/12 | K | | |
| 98. | | | | | Sold (part) | 09/14/12 | M | | |
| 99. | | | | | Sold (part) | 11/13/12 | N | | |
| 100. North Salem Acquisition & Development Fund 2005 LP | | None | J | U | Sold (part) | 01/30/12 | J | | |
| 101. Thornburg Core Growth Cl A (IRA) | | None | N | T | | | | | |
| 102. Thornburg Invt Tr Intl Value Cl 1 (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and C3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Jetblue (Com) | | None | N | T | | | | | |
| 104. ⬜ West 12th St LLC | | None | P1 | U | Buy (add'l) | 11/15/12 | K | | |
| 105. | | | | | Sold (part) | 09/10/12 | J | | |
| 106. | | | | | Sold (part) | 10/04/12 | J | | |
| 107. Aisling Capital II LP | G | Distribution | P1 | U | Buy (add'l) | 01/23/12 | L | | See Note # 1 |
| 108. | | | | | Buy (add'l) | 02/14/12 | K | | |
| 109. | | | | | Buy (add'l) | 12/19/12 | L | | |
| 110. | | | | | Sold (part) | 12/19/12 | N | | |
| 111. By The Way Productions LLC | | None | J | U | Sold (part) | 03/16/12 | J | | |
| 112. J K & B Capital V LP | | None | P1 | U | Buy (add'l) | 06/04/12 | L | | |
| 113. | | | | | Buy (add'l) | 08/14/12 | N | | |
| 114. | | | | | Buy (add'l) | 11/26/12 | L | | |
| 115. SEEF II LP | G | Distribution | P1 | U | Buy (add'l) | 10/02/12 | L | | See Note # 1 |
| 116. | | | | | Sold (part) | 12/21/12 | O | | |
| 117. Towerbrook Investors II Executive Fund LP | G | Distribution | P1 | U | Sold (part) | 01/19/12 | M | | See Note # 1 |
| 118. Trident VI LP | | None | N | U | Distributed (part) | 01/13/12 | J | | See Note # 5 to line # 340 |
| 119. Kinderhook Capital Fund II LP | G | Distribution | P2 | U | Buy (add'l) | 01/30/12 | M | | See Note # 1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/28/12 | L | | |
| 121. | | | | | Sold (part) | 12/11/12 | O | | |
| 122. Kohls Corp (Com). | E | Dividend | O | T | Buy (add'l) | 05/11/12 | K | | |
| 123. KPB Partners LP | A | Interest | P1 | U | | | | | |
| 124. --App Orchard LLC | | None | | | Buy | 07/30/12 | O | | |
| 125. | | None | | | Buy (add'l) | 12/20/12 | M | | |
| 126. NYS Dormitory Authority 5.25% due 11/15/23 | C | Interest | | | Sold | 05/15/12 | L | | |
| 127. City of NY Genl Pur 5 % due 8/1/12 | E | Interest | | | Redeemed | 08/01/12 | N | | |
| 128. NYS Dormitory Adj rate due 11/15/29 | D | Interest | | | Sold | 05/15/12 | N | | |
| 129. Thornburg-Income Builder Cl 1 | C | Dividend | L | T | | | | | |
| 130. Thornburg Global Opportunity Cl 1 | A | Dividend | K | T | | | | | |
| 131. Thornburg CRE GWT 1 (Trust # 2) | | None | L | T | | | | | |
| 132. Morgan Stanley Bank (Savings) | A | Interest | J | T | | | | | |
| 133. Thornburg CRE GWT (IRA) | | None | J | T | | | | | |
| 134. Morgan Stanley Bank-(Savings)(Y) | | | | | | | | | |
| 135. Inavein LLC | | None | J | U | | | | | |
| 136. Ironwood Management Partners Fund II LP | | None | N | U | Buy (add'l) | 04/16/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/25/12 | K | | |
| 138. Linx-Cimarron Energy Co-Invest, LLC | G | Distribution | O | U | Sold (part) | 04/17/12 | J | | See Note # 1 |
| 139. | | | | | Sold (part) | 06/01/12 | K | | |
| 140. | | | | | Sold (part) | 11/23/12 | O | | |
| 141. RGI Partners II B LP | | None | P1 | U | Sold (part) | 02/08/12 | L | | |
| 142. RGI Partners Ltd | | None | P1 | U | Buy (add'l) | 03/26/12 | M | | |
| 143. | | | | | Buy (add'l) | 10/22/12 | M | | |
| 144. | | | | | Sold (part) | 04/10/12 | J | | |
| 145. SC Capital (P) LP | | None | P1 | U | Buy (add'l) | 04/02/12 | J | | |
| 146. | | | | | Buy (add'l) | 07/02/12 | K | | |
| 147. | | | | | Buy (add'l) | 09/17/12 | J | | |
| 148. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 149. ▨▨▨▨▨ LP | H1 | Distribution | P2 | U | Buy (add'l) | 06/25/12 | L | | See Note # 1 & Note #4 |
| 150. | | | | | Buy (add'l) | 11/26/12 | N | | |
| 151. | | | | | Sold (part) | 03/27/12 | N | | |
| 152. | | | | | Sold (part) | 07/17/12 | O | | |
| 153. | | | | | Sold (part) | 09/28/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 11/15/12 | P1 | | |
| 155. | | | | | Sold (part) | 12/27/12 | N | | |
| 156. _____ LP | G | Distribution | P1 | U | | | | | See Note # 1 |
| 157. _____ (GP) LP | H1 | Distribution | P1 | U | Sold (part) | 04/13/12 | O | | See Note # 1 & Note #4 |
| 158. | | | | | Sold (part) | 06/29/12 | N | | |
| 159. | | | | | Sold (part) | 07/20/12 | P1 | | |
| 160. | | | | | Sold (part) | 10/03/12 | M | | |
| 161. | | | | | Sold (part) | 11/16/12 | P2 | | |
| 162. --Apex Companies LLC | | None | | | | | | | See Note #4 |
| 163. --Archway Marketing Services Inc | | None | | | Sold | 07/10/12 | P1 | | See Note #4 |
| 164. -- Transit Wireless LLC | | None | | | | | | | See Note #4 |
| 165. --Freedom Innovations LLC | | None | | | Sold | 02/16/12 | P1 | | See Note #4 |
| 166. --Hamilton State Bancshares Inc | | None | | | | | | | See Note #4 |
| 167. --Oceus Networks Inc. | | None | | | | | | | See note # 4 |
| 168. --Nautilus Neurosciences Inc | | None | | | | | | | See Note #4 |
| 169. --Optimal Solutions Integration,Inc | | None | | | | | | | See Note #4 |
| 170. --TowerCo II Holdings LLC | | None | | | Sold | 10/01/12 | P2 | | See Note #4 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Versapharm | | None | | | | | | | See Note #4 |
| 172. --Cumberland Consulting Group LLC | | None | | | | | | | See Note #4 |
| 173. --RE Transportation Inc | | None | | | | | | | See Note #4 |
| 174. --West Texas Plastics | | None | | | Buy | 07/10/12 | N | | See Note #4 |
| 175. --Northeast Comm of Wisconsin Inc | | None | | | Buy | 11/12/12 | P1 | | See Note # 4 |
| 176. Camulos Special Situations Fund LP | | None | J | U | | | | | |
| 177. Wall Street Sources Inc(Com) | | None | O | U | | | | | |
| 178. Navagate Inc (Promissory Note) | | None | P1 | T | Buy (add'l) | 04/11/12 | L | | |
| 179. Omnilink Systems Inc (Ser B Preferred Stock) | | None | P1 | U | Buy (add'l) | 03/13/12 | M | | |
| 180. | | | | | Buy (add'l) | 04/17/12 | L | | |
| 181. American Home Food Products Inc (Com) | | None | N | U | | | | | |
| 182. ▨▨▨ Partners | E | Distribution | N | T | Buy (add'l) | 12/24/12 | K | | See Note # 1 |
| 183. | | | | | Sold (part) | 07/19/12 | J | | |
| 184. | | | | | Sold (part) | 12/24/12 | M | | |
| 185. Syndicate Holdings Corp(Com) | | None | N | U | Sold (part) | 12/21/12 | K | | |
| 186. NYS Dorm 5.75 Due 7/1/13 | E | Interest | N | T | Sold (part) | 07/02/12 | N | | |
| 187. City of NY 5.5 % Due 8/1/12 | B | Interest | | | Redeemed | 08/01/12 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. NYS Dorm 5.7 Due 7/1/13 | E | Interest | | | Sold | 01/18/12 | P1 | | |
| 189. City of NY Health & Hosp 4 % Due 2/15/13 | E | Interest | O | T | | | | | |
| 190. NYS Mtg Agency 5 % Due 10/1/17 | E | Interest | L | T | Sold (part) | 05/03/12 | N | | |
| 191. State of NY Dorm 4 % Due 9/1/12 | E | Interest | | | Redeemed | 09/01/12 | O | | |
| 192. State of NY Dorm 4.125 % Due 4/1/13 | E | Interest | N | T | | | | | |
| 193. ▒▒▒▒ Fund LP | A | Distribution | J | U | Buy (add'l) | 12/21/12 | J | | See Note # 1 |
| 194. | | | | | Sold (part) | 07/16/12 | J | | |
| 195. | | | | | Sold (part) | 12/31/12 | J | | |
| 196. Safe Bulkers Inc(Com) | D | Dividend | L | T | Buy (add'l) | 01/12/12 | K | | |
| 197. | | | | | Buy (add'l) | 04/11/12 | K | | |
| 198. | | | | | Buy (add'l) | 07/05/12 | K | | |
| 199. | | | | | Buy (add'l) | 10/08/12 | K | | |
| 200. ▒▒▒ West 12th Street LLC(Working Capital Loan) | | None | M | T | Buy (add'l) | 04/16/12 | L | | |
| 201. Artisanal Cheese LLC(Bridge Loan) | | None | N | T | | | | | |
| 202. Nassau Point Partners I LP | G | Distribution | J | U | Sold (part) | 12/12/12 | M | | See Note # 1 |
| 203. Nassau Point Partners II LP | G | Distribution | J | U | Sold (part) | 12/12/12 | M | | See Note # 1 |
| 204. Camulos BioEnergy Debt Holdings LLC | | None | K | U | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Camulos BioEnergy Partners LLC | | None | K | U | | | | | |
| 206. Camulos Fountain Hills Partners LLC | | None | J | U | | | | | |
| 207. Camulos Gateway HI Partners LLC | | None | J | U | | | | | |
| 208. Camulos Gateway RH Partners LLC | | None | J | U | | | | | |
| 209. Asling Investors III LP | C | Distribution | N | U | Buy (add'l) | 03/01/12 | K | | See Note # 1 |
| 210. | | | | | Buy (add'l) | 06/25/12 | J | | |
| 211. | | | | | Buy (add'l) | 07/19/12 | K | | |
| 212. | | | | | Buy (add'l) | 08/14/12 | M | | |
| 213. | | | | | Buy (add'l) | 12/05/12 | K | | |
| 214. | | | | | Sold (part) | 12/10/12 | K | | |
| 215. | | | | | Distributed (part) | 02/09/12 | J | | See Note #5 to line 336 |
| 216. Eastern Growth Capital I LP | | None | N | U | | | | | |
| 217. Eastern Growth Capital II LP | | None | N | U | Sold (part) | 03/27/12 | L | | |
| 218. | | | | | Sold (part) | 12/28/12 | K | | |
| 219. Eastern Growth Capital II LP(IRA) | | None | O | U | Sold (part) | 03/27/12 | M | | |
| 220. | | | | | Sold (part) | 12/28/12 | L | | |
| 221. Linx-Metaltech Co Investment LLC | D | Interest | M | U | Sold (part) | 03/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 05/30/12 | J | | |
| 223. | | | | | Sold (part) | 12/17/12 | J | | |
| 224.  Olympus Capital Asia IV LP | | None | P1 | U | Buy (add'l) | 01/03/12 | N | | |
| 225. | | | | | Buy (add'l) | 06/11/12 | M | | |
| 226. | | | | | Buy (add'l) | 09/17/12 | M | | |
| 227. | | | | | Buy (add'l) | 12/12/12 | N | | |
| 228. | | | | | Sold (part) | 12/12/12 | M | | |
| 229.  Stag Investments IV LP | D | Distribution | | | Sold (part) | 01/17/12 | J | | See Note # 1 |
| 230. | | | | | Sold (part) | 03/13/12 | J | | |
| 231. | | | | | Distributed | 06/01/12 | N | | See Note#5 to line #338 |
| 232.  UBS RMA Tax Free (MM) | A | Interest | K | T | | | | | |
| 233.  Safe Bulkers Inc (Com)(IRA) | D | Dividend | L | T | | | | | |
| 234.  Towerbrok Investors III Executive Fund LP | E | Distribution | O | U | | | | | See Note # 1 |
| 235.  Tactics II Stem Cell Ventures QP LP | | None | P1 | U | | | | | |
| 236.  Cellular Dynamics International Inc(Pref A) | | None | L | U | | | | | |
| 237.  Inves Van Kampen Equities (401K) | | None | J | T | | | | | |
| 238.  Thornburg Intl Val Fd R#(401k) | | None | M | T | Buy (add'l) | 04/02/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Vanguard Interm Corp FD(Foundation # 1) | D | Dividend | M | T | Sold (part) | 03/28/12 | M | E | |
| 240. Georgia Gulf Corp Com(Foundation # 1) | | None | | | Sold | 03/14/12 | L | B | |
| 241. Morgan Stanley Bank(Saving )(Foundation # 1) | A | Interest | J | T | | | | | |
| 242. NYS Dormitory 4 % due 10/1/15 | E | Interest | O | T | | | | | |
| 243. NYS Dormitory 5.25 due 8/15/15 | E | Interest | N | T | Sold (part) | 02/15/12 | K | | |
| 244. | | | | | Sold (part) | 04/16/12 | O | E | |
| 245. | | | | | Sold (part) | 08/15/12 | J | | |
| 246. NYS Dormitory 5.5 due 7/1/16 | E | Interest | O | T | | | | | |
| 247. Morgan Stanley Bank (Trust # 2) | A | Interest | J | T | | | | | |
| 248. First Republic Bank( Checking)(Trust # 2) | | None | J | T | | | | | |
| 249. First Republic Bank (Checking) | A | Interest | M | T | | | | | |
| 250. The West Africa Fund LP | | None | O | T | | | | | |
| 251. NuCana Biomed Ltd (Ordinary Shares) (IRA) | | None | O | T | | | | | |
| 252. Cookstr LLC(Convertible Unsecured Promissory Note) | | None | N | T | | | | | |
| 253. Cordia Bancorp Ser B(Com)(IRA) | | None | L | T | | | | | |
| 254. ConnectEdu Inc(Com)(IRA) | | None | M | T | Buy (add'l) | 01/03/12 | K | | |
| 255. | | | | | Buy (add'l) | 06/07/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Michael Walsdorf- (Personal Loan-Note Receivable) | | None | P1 | T | Buy (add'l) | 10/02/12 | N | | |
| 257. Leo DeSorcy-(Personal Loan-Note Receivable) | | None | | | Closed | 01/02/12 | N | | |
| 258. MV Beach Stret Realty(Mortgage Note) | E | Interest | O | T | | | | | |
| 259. Beryllium LLC | | None | J | U | | | | | |
| 260. Kinderhook Capital Fund III LP | F | Distribution | O | U | Buy (add'l) | 03/15/12 | L | | See Note #1 |
| 261. | | | | | Buy (add'l) | 06/04/12 | L | | |
| 262. | | | | | Buy (add'l) | 09/04/12 | L | | |
| 263. | | | | | Buy (add'l) | 11/26/12 | K | | |
| 264. | | | | | Buy (add'l) | 12/20/12 | L | | |
| 265. | | | | | Sold (part) | 12/20/12 | L | | |
| 266. Omnlink Systems Inc(Bridge Loan) | | None | M | T | | | | | |
| 267. NYS Dormitory 5.25 due 5/15/15 | E | Interest | N | T | | | | | |
| 268. Nuclea Biotechnologies Inc-Convertible Note | | None | N | T | Buy (add'l) | 01/25/12 | M | | |
| 269. Cordia Bancorp Inc Ser B (Com) | | None | O | T | Buy (add'l) | 07/16/12 | M | | |
| 270. ConnectEDU Ser D (Com) | | None | M | T | Buy (add'l) | 01/03/12 | K | | |
| 271. Rapid Ratings International Inc (Com) | | None | O | T | Buy (add'l) | 06/25/12 | L | | |
| 272. | | | | | Buy (add'l) | 08/01/12 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 10/02/12 | M | | |
| 274. West 12th Street Manager LLC | | None | J | U | Buy (add'l) | 11/15/12 | J | | |
| 275. Parkstone Capital Partners LLC | D | Distribution | N | U | Sold (part) | 08/01/12 | J | | See Note # 1 |
| 276. Lone Peak Partners Fund LP | | None | P1 | U | | | | | |
| 277. UBS Bank USA Dep MM (IRA) | A | Interest | M | T | | | | | |
| 278. Thornburg Core Growth A (Trust # 2) | | None | L | T | | | | | |
| 279. NYS Dorm 5.625 % due 6/1/16 | F | Interest | P1 | T | Sold (part) | 04/16/12 | N | E | |
| 280. | | | | | Sold (part) | 07/03/12 | J | | |
| 281. NY NY St Enviornmental FAC 4.5 % due 4/15/15 | E | Interest | | | Sold | 06/22/12 | O | | |
| 282. NYS Dorm 5.25 % due 11/15/23 | C | Interest | L | T | Sold (part) | 05/15/12 | L | | |
| 283. NYS Dorm 5.25 % due 1/1/13 | D | Interest | M | T | | | | | |
| 284. NYS Dorm 5.25 % due 2/15/13 | E | Interest | N | T | Sold (part) | 04/17/12 | O | D | |
| 285. City of NY GO 5.5 due 8/1/12 | D | Interest | | | Redeemed | 08/01/12 | M | | |
| 286. NYS Dorm 6 % due 8/15/12 | E | Interest | | | Redeemed | 08/15/12 | O | | |
| 287. Tidewater Acquisition Inc(Pref) | D | Dividend | | | Sold | 01/02/12 | K | | |
| 288.          Group LLC | | None | K | U | | | | | |
| 289. Emerald Biostructures Inc.(Loan) | D | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Empowered World Ventures LLC (Preferred A) | | None | M | T | | | | | |
| 291. CSL Energy opportunity Fd I LP | | None | N | U | Buy (add'l) | 01/03/12 | J | | |
| 292. | | | | | Buy (add'l) | 04/16/12 | K | | |
| 293. | | | | | Buy (add'l) | 07/10/12 | L | | |
| 294. | | | | | Buy (add'l) | 11/26/12 | L | | |
| 295. CSL Europe Energy Services LP | | None | M | U | | | | | |
| 296. KCM Long Only Fund LP | G | Distribution | P1 | U | | | | | See Note # 1 |
| 297. Parkstone Capital Partners II LP | G | Distribution | P1 | U | Buy (add'l) | 01/03/12 | M | | See Note # 1 |
| 298. | | | | | Sold (part) | 07/30/12 | M | | |
| 299. Tactics II CDI Ser B (Pfd) | | None | O | U | | | | | |
| 300. Highland Investment Group LLC | | None | J | U | | | | | |
| 301. Peaks Capital Partners LLC (Promissory Note) | | None | M | T | Buy (add'l) | 06/01/12 | L | | |
| 302. Syracuse NY Ind Dev 3.0 5/11/13 | E | Interest | O | T | | | | | |
| 303. NYS auth Rev Nonst 5 % 10/1/14 | E | Interest | O | T | | | | | |
| 304. NYS Energy Res & Dev 2.25 % 12/1/15 | E | Interest | O | T | Sold (part) | 04/16/12 | M | C | |
| 305. Patchogue Hetford NY Un 4.25 10/1/15 | D | Interest | O | T | | | | | |
| 306. Suffolk Cnty NY Trans 1.5 % 9/1/12 | D | Interest | | | Sold (part) | 04/16/12 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Redeemed | 09/01/12 | O | | |
| 308. Ceres Inc (Com) | | None | | | Sold | 10/02/12 | K | | |
| 309. Artiman Venture Fund LP | G | Distribution | M | U | Sold (part) | 04/23/12 | L | | See Note # 1 |
| 310. Inavien LLC(Promissory Note) | E | Interest | N | T | | | | | |
| 311. Vocalocity Inc (Ser -B-1) | | None | N | T | | | | | |
| 312. EOS Sleep Management LLC | | None | O | U | | | | | |
| 313. SRD Systems Inc (Preferred Stock) | | None | M | T | | | | | |
| 314. SRD Systems Inc (Promossory Note)) | | None | L | T | Buy (add'l) | 07/24/12 | M | | |
| 315. OD Funding Partners LLC | | None | M | U | | | | | |
| 316. Prollie Inc (Preferred St) | | None | K | T | Buy (add'l) | 09/11/12 | K | | |
| 317. Nextremity Solutions LLC | | None | P1 | U | Buy (add'l) | 09/28/12 | N | | |
| 318. | | | | | Buy (add'l) | 12/10/12 | N | | |
| 319. Linx-Ad Co-Invest LLC | D | Interest | N | U | Sold (part) | 12/20/12 | J | | |
| 320. Kumani EsentialS LLC | | None | | | Sold | 12/31/12 | J | | |
| 321. Collision Funding Partners LLC | | None | M | U | Buy (add'l) | 10/15/12 | L | | |
| 322. Clean Pool & Services LLC | | None | N | U | Buy (add'l) | 08/09/12 | J | | |
| 323. | | | | | Buy (add'l) | 09/28/12 | K | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 11/01/12 | K | | |
| 325. Verisign Inc (Com) | | None | | | Sold | 01/02/12 | J | | |
| 326. Splunk ,Inc (Com) | | None | | | Spinoff (from line 48) | 10/16/12 | K | | See Note # 6 |
| 327. | | | | | Donated | | | | |
| 328. Bluefly Inc(Com) | | None | | | Spinoff (from line 19) | 02/14/12 | O | | See Note # 6 |
| 329. | | | | | Donated | | | | |
| 330. Cyoptics Inc. (Com) | | None | | | Spinoff (from line 20) | 03/26/12 | P1 | | See Note # 6 |
| 331. | | | | | Sold | 04/23/12 | P1 | | |
| 332. MAP Pharmaceuticals Inc.(Com) | | None | | | Spinoff (from line 53) | 03/28/12 | K | | See Note # 6 |
| 333. | | | | | Donated | | | | |
| 334. | | None | | | Spinoff (from line 54) | 10/16/12 | K | | See Note # 6 |
| 335. | | | | | Donated | | | | |
| 336. Clovis Oncology Inc (Com) | | None | | | Spinoff (from line 215) | 02/09/12 | J | | See Note # 6 |
| 337. | | | | | Donated | | | | |
| 338. STAG Industrial Inc (Com) | | None | | | Spinoff (from line 231) | 06/01/12 | N | | See Note # 6 |
| 339. | | | | | Donated | | | | |
| 340. Homeaway Inc (Com) | | None | | | Spinoff (from line 118) | 01/13/12 | J | | See note # 6 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Donated | | | | |
| 342. Tactics II CDI Series B Investors III LLC | | None | O | U | Buy | 11/05/12 | O | | |
| 343. adTheorent Inc Convertible Promissory Note) | | None | K | T | Buy | 09/14/12 | K | | |
| 344. 4DK Technology Inc (Ser B) | | None | N | T | Buy | 02/29/12 | M | | |
| 345. | | | | | Buy (add'l) | 09/20/12 | L | | |
| 346. Double Dog Dare MediaLLC (Convertible Promissory Note) | | None | J | T | Buy | 10/04/12 | J | | |
| 347. Figue Holdings LLC (Promissory Note) | | None | M | T | Buy | 11/05/12 | M | | |
| 348. Jonathan Kully (Personal Loan-Notes Receivable) | | None | N | T | Buy | 10/02/12 | N | | |
| 349. JustFamily.Com,Inc.Ppreferred Stock) | | None | M | T | Buy | 11/08/12 | M | | |
| 350. Kenesto Corp (Preferred C) | | None | L | T | Buy | 07/30/12 | L | | |
| 351. MogilityCapital Fund LP | | None | M | U | Buy | 04/09/12 | M | | |
| 352. OpenFin Inc.(Preferred Stock) | | None | M | T | Buy | 04/11/12 | M | | |
| 353. Remedy Pharmaceuticals Inc | | None | O | T | Buy | 05/08/12 | O | | |
| 354. Tyrogenex Inc.(Ser B Convertible Preferred) | | None | K | T | Buy | 03/12/12 | K | | |
| 355. XCovery Holdings LLC | | None | K | U | Buy | 03/12/12 | K | | |
| 356. NYS Dorm 4 % Due 7/1/16 | D | Interest | N | T | Buy | 02/08/12 | N | | |
| 357. NYS Mtg Auth 1.2 % Due 4/1/16 | B | Interest | N | T | Buy | 03/15/12 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. NYS Dorm 4 % Due 7/1/17 | A | Interest | O | T | Buy | 03/21/12 | O | | |
| 359. Monroe County NY 4 % Due 6/1/15 | D | Interest | O | T | Buy | 04/23/12 | O | | |
| 360. NYS Muni Bd Bank 5% Due 2/15/14 | C | Interest | N | T | Buy | 06/26/12 | N | | |
| 361. NYS Mtg 5 % Due 11/1/16 | C | Interest | N | T | Buy | 08/07/12 | N | | |
| 362. Batavia NY 4% Due 3/1/17 | B | Interest | O | T | Buy | 08/17/12 | O | | |
| 363. Dryden NY Cent School 4%Due 6/15/16 | C | Interest | N | T | Buy | 08/17/12 | N | | |
| 364. NY NY 5 % Due 9/1/13 | A | Interest | N | T | Buy | 08/17/12 | N | | |
| 365. Rochester NY Unliited Tax 3.25% Due 2/1/16 | | None | M | T | Buy | 08/27/12 | M | | |
| 366. NYS Muni Bd 5 % Due 5/15/16 | D | Interest | O | T | Buy | 08/27/12 | O | | |
| 367. NYS Mtg 2 % Due 4/1/16 | A | Interest | M | T | Buy | 09/04/12 | M | | |
| 368. Hampton Bay NY 4%Due 9/15/13 | A | Interest | N | T | Buy | 09/07/12 | N | | |
| 369. Buffalo NY 3% Due 12/1/13 | B | Interest | O | T | Buy | 11/13/12 | O | | |
| 370. East Rochester NY 3 % Due 10/20/15 | | None | N | T | Buy | 11/15/12 | N | | |
| 371. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1
Explanation Re:Section VII ,
Item #' 8,9,25,35,36,37,38,45,49,52,55,56,58,65,82,86,87,93,107,115,117,119,138,149,156,157,182,193,202,203 209,229,234,260,275,296,297,309

The income from investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to determine the amount code in column B(1)The type of income in column B(2)is labeled "distribution", to denote more then one category of income indicated on schedule K-1 received from the partnership.

Note # 2
Explanation Section VII
Item 74,75

_____ Ltd is a Sub-chapter S corporation owned 100% _____ The corporationd sold the secuities during 2012 which are listed below the corporate name

Note # 3
Explanation Section VII
Item # 7,12

These investmennts are worthless as of December 31, 2012. The assets are listed as "Closed" in Column D(1). The date in Column D(2) is December 31, 2012. The value in Colum D(3) is blank since no value was derived from the worthless investment. .

Note # 4
Explanation Section VII
Item # 149-155, 157-175

_____ is a Managing partner of _____ LP and _____ (GP) LP ,. .The partnerships have ownership interests in the companies lised.The costs of the ownership interests are included in the Gross value at the end of the reporting period indicated on line # 149 _____ LP Column C(1) and line # 157 _____ ( GP) LP, Column C(1). In addition,the cost of the the additional investments are included on line 149 & 157 from line 174 & 175.. The invested companies are listed on lines 162 thru 175. .

Note # 5
Explanation Section VII
Item # 19,20,48,53,54,118,215,231

The Limited Partnership distributed shares of securities that were purchased and held by the partnership. This infomration is noted as "Distributed " in Column D(1). The date the shares were distributed is listed in Column D(2). The value in Column D(3) is the distributee's pro rata share of the aqusition cost of the assets by the Limited Partnership, as reported by the General Partner. The transfer relates only to the specific security The entire partnership was not transferred.

Note # 6
Explanation Section VII
Item # 326,328,330,332,334,336,338,340

These securities were not purchased but were received from time to time as in-kind distributions from the various Limited Partherships. These securities are listed as "Spinoff" in column D(1). The date in column D(2) is the effective date of the distribution. The Value in Column D (3) is the distributee's pro rate share of the acqusition costs of the assets by the Limited Partnership, as reported by the General Partner.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Colleen McMahon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544